UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RICHARD SOTO,                          :
                                       :   Civil Action No. 12-2963 (RMB)
            Petitioner,                :
                                       :
       v.                              :   **ORDER**
                                       :
UNITED STATES OF AMERICA,              :
                                       :
            Respondent.                :

THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Richard Soto; and the Court having reviewed the petition, traverse and other attachments submitted by Petitioner, as well as the response to the petition and the relevant record submitted by the Respondent; and for the reasons set forth in the Opinion filed herewith,

IT IS on this **16th** day of **April 2013**,

**ORDERED** that the petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED WITH PREJUDICE for lack of substantive merit; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Respondent electronically, and upon Petitioner by regular mail; and it is finally

**ORDERED** that the Clerk is directed to close the file accordingly.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge
